UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

Kyle Lawson, et al.,                    )
                                        )
                    Plaintiffs,         )
                                        )
v.                                      )        No. 4:14-cv-00622-ODS
                                        )
Robert Kelly,                           )
                    Defendant.          )
_____        )
                                        )
State of Missouri,                      )
                                        )
                    Intervenor.         )


<u>Stipulation</u>

    Come now Plaintiffs, Defendant, and Intervenor and hereby stipulate to the following

facts:

    1.      On June 19, 2014, Kyle Lawson and Evan Dahlgren went to the office of the

Jackson County Recorder of Deeds in Kansas City to obtain a marriage license. Although

otherwise eligible to obtain a license, they were refused one because they are both men and

therefore barred from marrying in Missouri under Missouri Revised Statutes section 451.022 and

Article I, Section 33 of the Missouri Constitution.

    2.      On June 20, 2014, Angela Curtis and Shannon McGinty went to the office of the

Jackson County Recorder of Deeds in Kansas City to obtain a marriage license. Although

otherwise eligible to obtain a license, they were refused one because they are both women and,

as a same-sex couple, they are barred from marrying in Missouri under Missouri Revised

Statutes section 451.022 and Article I, Section 33 of the Missouri Constitution.

Respectfully submitted,


/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Grant R. Doty, #60788
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
trothert@aclu-mo.org
gdoty@aclu-mo.org


Gillian R. Wilcox, #61278
ACLU of Missouri Foundation
3601 Main Street
Kansas City, Missouri 63111
gwilcox@aclu-mo.org

ATTORNEYS FOR PLAINTIFFS

/s/ Jay Haden
Jay Haden
Jackson County Counselor
415 East 12th Street
2nd Floor
Kansas City, Missouri 64106
jhaden@jacksongov.org

ATTORNEY FOR DEFENDANT

/s/ Jeremiah J. Morgan
Jeremiah J. Morgan
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, Missouri 65102
Jeremiah.morgan@ago.mo.gov

ATTORNEY FOR INTERVENOR