UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| Kyle Lawson, et al., | ) |  |
|---|---|---|
| Plaintiffs, | ) |  |
| v. | ) | No. 4:14-cv-00622-ODS |
| Robert Kelly, | ) |  |
| Defendant. | ) |  |
| State of Missouri, | ) |  |
| Intervenor. | ) |  |

**NOTICE**

On October 29, 2014, this Court granted Plaintiffs leave to cite the October 3, 2014 decision in *Barrier v. Vasterling* as supplemental authority. (Doc. # 47). Plaintiffs hereby give notice that the order of October 3 was amended on October 27, 2014, and the amended opinion is reported as *Barrier v. Vasterling*, No. 1416-CV03892, 2014 WL 5469888 (Mo.Cir. Oct. 27, 2014).

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
trothert@aclu-mo.org

ATTORNEYS FOR PLAINTIFFS

## Certificate of Service

I certify that a copy of the forgoing was filed electronically on November 2, 2014, and made available to counsel of record.

.

/s/ Anthony E. Rothert