UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Kyle Lawson, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Robert Kelly, ) | No. 4:14-cv-00622-ODS |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| State of Missouri, ) | |
| ) | |
| Intervenor. ) | |

**MOTION FOR ATTORNEYS' FEES AND EXPENSES**

Come now Plaintiffs, pursuant to 42 U.S.C. § 1988 and Federal Rule of Civil Procedure 54, and move this Court for an award of attorneys' fees and expenses. Plaintiffs are the prevailing party. For the reasons explained in their Suggestions in Support, filed herewith, Plaintiffs should be awarded attorneys' fees of $38,397.50 and expenses of $165.30.

WHEREFORE Plaintiffs respectfully request this Court enter a judgment for attorneys' fees of $38,397.50 and expenses of $165.30 and allow such other and further relief as is just under the circumstances.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Grant R. Doty, #60788
Andrew McNulty, #67138
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
Phone: 314-652-3114
Fax: 314-652-3112
trothert@aclu-mo.org
gdoty@aclu-mo.org
amcnulty@aclu-mo.org

Gillian R. Wilcox, #61278
ACLU of Missouri Foundation
3601 Main Street
Kansas City, Missouri 64111
gwilcox@aclu-mo.org

Joshua Block, admitted pro hac vice
LGBT & AIDS Project
ACLU Foundation
125 Broad Street, 18th Floor
New York, New York 10004

ATTORNEYS FOR PLAINTIFFS

## Certificate of Service

I certify that a copy of the forgoing was filed electronically on November 18, 2014, and made available to counsel of record.

.

/s/ Anthony E. Rothert